AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SAMIR D. HERRERA<br><br>Defendant(s) | )<br>)<br>)  Case No.  11-8339-LRJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 24, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sections 111(a)(2) and 111(b) | Assaulting, resisting or impeding Law Enforcement  (3 Counts) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

N. Lynn Navitsky, Deputy U.S. Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: __08/30/11__

_____
Judge's signature

City and state:  __West Palm Beach, Florida__     Linnea R. Johnson, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

1. I, N. Lynn Navitsky, am a Deputy Marshal of the United States Marshal's Service and have been so employed for over 19 years. The information contained in this document is known to me through personal knowledge as well as information that has been provided to me by other law enforcement officers and agents.

2. On August 2, 2011 the US Marshals Florida Regional Task Force adopted a fugitive warrant for Samir **HERRERA**. The warrant was issued in July 2011 by Miami-Dade Police Department and was for Attempted Murder, Armed Robbery and False Imprisonment.

3. The warrant stemmed from an incident that occurred July 2001 where **HERRERA** was alleged to have beaten and stabbed, as well as forcibly removed $20,000 worth of jewelry from a victim in Dade County, Florida. (Case # PD110722294163).

4. During the course of the investigation, it was also learned that HERRERA had been released from Florida Department of Corrections after having served a 15 year sentence for Kidnapping, Robbery with a gun, Aggravated Battery with a Deadly Weapon and Burglary.

5. On August 24, 2011, US Marshals had developed information that **HERRERA** might be staying at a residence located at 212 Lake Monterey Circle, Boynton Beach, Florida, within the Southern District of Florida and surveillance was set up at that location.

6. DUSM Sean Sandler was present in one vehicle and Supervisory Sr Inspector Manny Puri, accompanied by DUSM Danlee Cata were present in another vehicle. At approximately 7:30pm, USMS personnel saw a Silver Nissan Altima, bearing FL license plate L24IJ pull up to the area of 212 Lake Monterey Circle, Boynton Beach. Deputies determined that Janira Calderin, who was believed to be the girlfriend of **HERRERA**, was driving that vehicle. After Calderin pulled into a parking spot, she immediately pulled out of the spot and turned her vehicle around, so that the vehicle was positioned to be able to exit the community. After Calderin was seen turning the vehicle around, she was seen to exit the vehicle and walk to the sidewalk area. A male was seen coming out of 212 Lake Monterey Circle and identified as **HERRERA**. **HERRERA** was seen speaking to Calderin as they stood on the sidewalk area. **HERRERA** got into the Nissan drivers side and Calderin was seen getting into the passenger side. At that time, Supervisory Sr Inspector Puri and DUSM Cata turned on the emergency blue lights of their police vehicle and yelled at **HERRERA** that they were the police and to show them his hands. DUSM Sandler was in a vehicle behind the area of the Nissan. At that time, **HERRERA** was seen fumbling with something below the area of the dashboard and when he brought his hands up Supervisory Sr. Inspector Puri saw a gun in his hand. Supervisory Sr Inspector Puri then fired into the Nissan in an attempt to stop **HERRERA** from shooting DUSM Cata and himself. **HERRERA** then put the Nissan into reverse and slammed into a white Ford F-150. **HERRERA** placed his car back into forward and attempted to drive over DUSM

Cata in an effort to escape. **HERRERA** then drove over the sidewalk, through several parking spaces in a further attempt to escape. DUSM Sandler then proceeded to follow **HERRERA**, in his USMS issued police vehicle with blue lights flashing. **HERRERA** then crashed into several other parked cars and again crashed into an area at one end of the complex. At that time, according to a witness and deputies that were present, **HERRERA** opened his car door and laid down on the ground and began firing shots at the deputies. Several .357 casings were recovered in that area to also indicate that **HERRERA** was armed with a .357 handgun. **HERRERA** then got back into the Nissan and proceeded to drive out of the community, northbound on Congress Ave. After a short drive, **HERRERA** again stopped his vehicle and leaning out the driver's door/window fired off more shots at the pursuing deputies. **HERRERA** then began driving again and attempted to conduct a U-Turn to head back southbound on Congress, when he crashed his vehicle into a gate at a local elementary school. At that time, **HERRERA** was taken into custody.

7. Based on the foregoing, I believe that the there is probable cause to charge Samir **HERRERA** with Assaulting, Resisting or Impeding Law Enforcement in violation of 18 USC 111 (a)(2) and 111(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

N. Lynn Navitsky
United States Marshals Service

Subscribed and sworn to before me
this _30_ day of August, 2011.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8339-LRJ

### BOND RECOMMENDATION

DEFENDANT: SAMIR D. HERRERA

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   ROBERT H. WATERS, JR.

Last Known Address: _____

What Facility:   PALM BEACH COUNTY JAIL

GUN CLUB RD., WPB, FL

Agent(s):   N. LYNN NAVITSKY, USMS
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
U.S. MARSHAL'S SERVICE,
701 CLEMATIS STREET, WEST PALM BEACH, FL 33401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  11-8339-LRJ

UNITED STATES OF AMERICA

vs.

SAMIR D. HERRERA,

        Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        ROBERT H. WATERS, JR.
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 365483
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777
        Robert.Waters@usdoj.gov